[No. 15330–7–I. Division One. March 23, 1987.]

THE CITY OF SEATTLE, *Plaintiff,* v. PACIFIC HOTEL CO., ET AL, *Appellants,* PPG INDUSTRIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–14510–0, Robert E. Dixon, J., entered August 20, 1984. *Affirmed* by unpublished opinion per Bibb, J. Pro Tem., concurred in by Pekelis, J., and Patrick, J. Pro Tem.

[No. 16218–7–I. Division One. March 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN EUGENE MYHRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–03333–7, Charles V. Johnson, J., entered March 26, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Ringold, J.

[No. 16409–1–I. Division One. March 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY MICHAEL NITSCHKE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03584–2, Liem E. Tuai, J., entered April 5, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse and Pekelis, JJ.